IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>LANDMARK DODGE, INC. *et al.*, )<br>)<br>Defendants. ) | No. 22-00614-CV-W-BP |

## CONSENT DECREE

1. Plaintiff Equal Employment Opportunity Commission instituted this action against Defendants Landmark Dodge, Inc. and Landmark South, Inc. (jointly "Landmark") to enforce provisions of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.* ("Title VII") and Title I of the Civil Rights Act of 1991, 42 U.S.C. § 1981a. In its Complaint, the EEOC alleged that Landmark violated Title VII when it (1) denied, on the basis of sex, employment opportunities to qualified female applicants seeking car sales positions and qualified male applicants seeking pre-sales, cashier, clerical, and other office positions; and (2) subjected Janette Barron and Jacqueline McKinney (now Jacqueline Robinett) to an unlawful hostile work environment and constructively discharged each's employment in retaliation for their opposition to such unlawful employment practices.

1.1 Landmark denies these allegations. Landmark maintains it is an equal opportunity employer and does not engage in sex discrimination.

2. In the interest of resolving this matter, the parties agree that this action should be resolved by entry of this Consent Decree.

3. This Court finds, based on the pleadings and on the record as a whole and upon agreement of the parties, that: (i) this Court has jurisdiction over the parties and the subject matter of this action; (ii) the requirements of Title VII will be carried out by the implementation of this Decree; (iii) this Decree is intended to and does resolve all matters in controversy in this lawsuit; and (iv) the terms of this Decree constitute a fair, reasonable, equitable, and adequate settlement and are not contrary to law.

**THEREFORE IT IS ORDERED, ADJUDGED, AND DECREED:**

4. Landmark, including its owners, officers, agents, employees, successors, and any other person acting on Landmark's behalf, is enjoined from discriminating against persons because of sex in recruiting, interviewing, hiring, job assignments, or any other employment decision or practice concerning a term, condition, or privilege of employment.

5. Landmark, including its owners, officers, agents, employees, successors, and any other person acting on Landmark's behalf, is enjoined from retaliating against any person because such person: (a) opposed any employment practice alleged to constitute unlawful discrimination under Title VII; (b) filed a charge of discrimination or gave testimony or participated in any manner in any investigation, proceeding, or hearing under Title VII; (c) participated in this lawsuit; or (d) requested or received relief under the terms of this Decree.

## MONETARY RELIEF

6. Judgment is entered in favor of the EEOC and against Landmark in the total amount of $275,000.00.

7. Notwithstanding that the individuals identified in this Decree are the ultimate beneficiaries of such monetary relief, this relief is a debt owed to and collectible by the United States or its proxy.

8. Within ten (10) days of entry of this Decree, Landmark will pay the gross sum of $275,000.00 by checks delivered via certified mail to addresses provided by the EEOC, as follows:

    a. $100,000.00 to Janette Barron;

    b. $100,000.00 to Jacqueline Robinette;

    c. $7,000.00 to each Aggrieved Applicant identified in Exhibit 1, attached;

    d. $4,700.00 to each Aggrieved Applicant identified in Exhibit 2, attached.

9. The payments required by paragraph 8 above represent non-pecuniary compensatory damages, and Landmark will not make any withholdings or deductions from these payments.

10. No later than January 31, 2026, Landmark will issue to Barron, Robinette, and the Aggrieved Applicants identified in Exhibits 1 and 2, IRS Forms 1099 reflecting the payments made in compliance with paragraph 8 above.

11. Landmark may not condition receipt of relief under this Decree upon the agreement of any individual to: (a) maintain as confidential the terms of this Decree or the facts and/or allegations of this case; (b) waive his or her statutory right to file a charge or complaint with any governmental agency; (c) refrain from applying for employment with Landmark; (d) enter a non-disparagement agreement; (e) execute a general release of claims; or (f) any other term or condition not explicitly stated in this Decree.

## HUMAN RESOURCES

12. During the term of this Decree, Landmark will engage or designate appropriate personnel ("human resources function" or "human resources department") necessary to ensure compliance with all federal, state, and local employment laws and regulations; develop and enforce company policies and procedures to maintain legal compliance and best practices related to

3

employment issues, including the prevention of sex discrimination in hiring; review and monitor all job postings, applications, selection processes, and hiring decisions to ensure non-discriminatory practices; conduct investigations and resolutions of employment-related issues, including allegations of sex discrimination and retaliation; and practically implement the terms of this Decree, including maintenance of all records required by its terms.

## POLICIES AND PROCEDURES

13. Within twenty (20) days of entry of this Decree, Landmark will adopt a written policy prohibiting sex discrimination, including, at a minimum:

    a. a clear statement that Landmark will hire qualified applicants for all positions, including car sales and office positions, without respect to sex;

    b. a clear statement that the consideration of sex in any hiring or other employment decision is strictly forbidden;

    c. a clear statement encouraging employees to immediately report any concerns regarding suspected sex discrimination to Landmark's owners or human resources personnel and that reports may also be made directly to the EEOC by calling 913-359-1812; and

    d. a clear statement that Landmark will not retaliate against any employee or applicant who reports suspected sex discrimination.

14. Within twenty (20) days of entry of this Decree, Landmark will adopt written procedures to ensure sex-based criteria are not considered in applicant recruiting, selection, or hiring, including, at a minimum:

4

a. standardized descriptions of objective, job-related qualification standards and selection criteria to be used to evaluate and select candidates for all positions, including car sales and office positions;

b. job-related, non-sex-based questions to be used during interviews with candidates for all positions, including car sales and office positions;

c. a description of disciplinary measures, up to and including termination, that may be imposed on any employee who engages in sex discrimination in the workplace; and

d. procedures for maintaining and tracking job applications and related documents and applicant self-identification forms.

15. Within thirty (30) days of entry of this Decree, Landmark shall post and cause to remain posted copies of the policy described in paragraph 13 above in all physical and online locations where employee notices are posted.

16. Within thirty (30) days of entry of this Decree and annually thereafter, Landmark will distribute copies of the policy described in paragraph 13 above to all employees, will post a copy on its website accessible via a link on its "Jobs" and "Job Opportunities" pages marked "Non-Discriminatory Hiring Policy", and will provide a copy to all new employees within two (2) days of hire.

17. Within thirty (30) days of entry of this Decree and annually thereafter, Landmark will distribute copies of the procedures described in paragraph 14 above to all owners, officers, managers, supervisors, human resources personnel, and any other employees involved in selecting or hiring job applicants, and will provide a copy to all new owners, officers, managers, supervisors,

5

Case 4:22-cv-00614-BP    Document 219    Filed 08/27/25    Page 5 of 15

human resources personnel, and any other employees involved in selecting or hiring job applicants within two (2) days of hire or promotion.

18. Within forty-five (45) days of entry of this Decree and during its term, Landmark will adopt and utilize voluntary self-identification forms to collect information regarding job applicants' sex and the position(s) they seek in a manner that keeps this information separate from individual applications. The forms will include the following statement:

> Landmark is an equal employment opportunity employer and will not discriminate in hiring or employment on the basis of sex or any other factor protected by anti-discrimination laws. Landmark requests your cooperation in completing this voluntary EEO self-identification form for record keeping and reporting purposes and to ensure Landmark's compliance with applicable anti-discrimination laws. Submission of this form by you is voluntary and will not affect the status of your application. If you do complete this form, the information will be processed and maintained separately from your employment application.

19. Within forty-five (45) days of entry of this Decree and during its term, Landmark will adopt and utilize an applicant tracking system to track and maintain all employment applications and other information received from job applicants, all contacts and communications with applicants, and all internal actions and decisions related to the selection and hiring process.

## TRAINING

20. Within thirty (30) days of entry of this Decree and semi-annually thereafter, Landmark will require all owners, officers, managers, supervisors, human resources personnel, and any other employees involved in selecting or hiring job applicants to participate in a minimum of two (2) hours of live, in-person, interactive training, and will require all new owners, officers, managers, supervisors, human resources personnel, and any other employees involved in selecting or hiring job applicants to watch a recording of such training within seven (7) days of their hire or promotion. Each live training session will be presented by an outside vendor with experience in

workplace discrimination prevention and best practices for ensuring equal opportunity in employee recruiting, selection, hiring, and employment. This training will address:

    a. Landmark's obligations under Title VII to not discriminate on the basis of sex in any aspect of employment, including hiring;

    b. Landmark's obligations under Title VII to not retaliate against any individual who opposes suspected discrimination or participates in any Title VII investigation or proceeding;

    c. all policies and procedures adopted and maintained in compliance with this Decree;

    d. best practices for recruiting qualified job applicants;

    e. best practices for avoiding discriminatory topics during job interviews, including permissible and prohibited job interview questions; and

    f. best practices for ensuring candidate selection and hiring decisions are based on applicants' skills and qualifications and not on unlawful discriminatory bases.

21. Within thirty (30) days of entry of this Decree and semi-annually thereafter, Landmark will require all employees to participate in a minimum of forty-five (45) minutes of live, in-person, interactive training, and will require all new employees to watch a recording of such training within seven (7) days of hire. Each live training session will be presented by an outside vendor with experience in workplace discrimination prevention and best practices for ensuring equal opportunity in employment. This training will address:

    a. Landmark's policies and procedures adopted in compliance with paragraphs 13 and 14 above;

  b. Landmark's commitment to creating and maintaining a work environment free from discrimination based on sex;

  c. Landmark's commitment to not retaliate against any individual who reports or opposes suspected discrimination or participates in any Title VII investigation or proceeding; and

  d. identification of individuals to whom employees may report concerns about potential sex discrimination or retaliation.

22. At least twenty (20) days prior to each training session required by this Decree, Landmark will provide the EEOC the name and curriculum vitae or other statement of qualifications of the trainer, all materials that will be used in the training, and the date, time, and location of the training. If requested by the EEOC, Landmark and the trainer will facilitate the attendance of an EEOC representative to any training session.

23. For all training required by this Decree, Landmark will maintain attendance logs identifying all trainees by name, job title, and date of training.

## NOTICES AND POSTINGS

24. Within fourteen (14) days of entry of this Decree, Landmark will post the Notice attached as Exhibit 3, signed by the owner[s] and in the same color and format shown, at each of its facilities in conspicuous locations visible to job applicants and in all locations where employee notices are posted, and on its website accessible via a link on its "Jobs" and "Job Opportunities" pages marked "Equal Employment Opportunity". Landmark will ensure the notice remains posted in these locations for the duration of this Decree.

25. Within fourteen (14) days of entry of this Decree, Landmark will include on the landing and "Jobs" and "Job Opportunities" pages of its website, its social media pages, and its

advertisements a statement that it is an "Equal Opportunity Employer", and Landmark will include on all job postings, employment applications, and public job descriptions a statement that it is an "Equal Opportunity Employer", that it encourages all qualified applicants to apply for employment, and that it does not discriminate on the basis of sex in hiring or employment.

26. Landmark will immediately post all notices required to be displayed in the workplace by EEOC regulations, 29 C.F.R. § 1601.30, in conspicuous locations at each of their premises and will ensure the notices remain posted.

## RECORD-KEEPING AND REPORTING

27. Landmark shall maintain all employment records required by 29 C.F.R. § 1602.14 for the duration of this Decree, notwithstanding the preservation periods required by such regulations.

28. During the term of this Decree, Landmark will keep and preserve all records related to job postings, applications, and hiring, including but not limited to all job posting and advertisement information, including dates and platforms where postings were published and any data received from webhosting sites and online hiring platforms; all documents received from individuals seeking employment and all application-related correspondence; notes regarding contacts (and attempted contacts) with applicants; applicant self-identification forms; and documents created during the applicant review and selection process, including but not limited to scoring sheets, interview notes, notations on resumes or applications, and other informal notes regarding applicants.

29. Within ninety (90) days of entry of this Decree and quarterly thereafter, Landmark will submit to the EEOC:

a. for every position posted and / or filled, the name and sex (if known) of every individual who applied for and / or was considered for the position, the name of every applicant contacted by Landmark regarding the position, the name and sex of every applicant interviewed by Landmark, the name and sex of the individual hired for the position (if filled), and the sex of all applicants for the position as reported on applicant self-identification forms;

b. for every report of potential sex discrimination or retaliation, the name of the person making the report, the date the report was received, a narrative description of the allegation including the names and job titles of all persons involved, a description of all actions taken by Landmark in response to the report, and copies of all documents related to the report and Landmark's actions; and

c. sworn certification that Landmark has complied with all requirements of this Decree performed within the previous quarter, describing how, when, and where the requirements were effectuated and by whom, and including copies of all related postings, policies, procedures, training materials and attendance logs, self-identification forms, advertisements, and job listings.

30. At any time during the term of this Decree, the EEOC may request, and Landmark will provide within fourteen (14) days, any documents, reports, job postings, applications, or other information or documents the EEOC deems necessary to ensure compliance with this Decree, including but not limited to the information maintained in compliance with paragraph 28 above and documents related to the reports required by this Decree.

31. Landmark will submit all certifications, notices, reports, and other materials required by this Decree to the EEOC by e-mail to: EEOC-SLDO-Decree-monitoring@eeoc.gov.

## IRS ACKNOWLEDGMENT

32. Within fourteen (14) days of entry of this Decree, Landmark Dodge, Inc. and Landmark South, Inc. will provide the EEOC with their Tax ID numbers and the name and physical mailing address (not P.O. box) of the individual who should receive an IRS Form 1098-F if the EEOC is required to issue the form.

33. The parties acknowledge that the EEOC has made no representations regarding whether any amounts paid pursuant to, or to comply with, the terms of this Decree qualify for a deduction under the Internal Revenue Code, nor has Landmark Dodge, Inc. or Landmark South, Inc. relied on any such representations by the EEOC.

34. The parties acknowledge that the provision of a Form 1098-F by the EEOC does not mean the requirements to claim a deduction under the Internal Revenue Code have been met and that any decision regarding whether payments made pursuant to this Decree qualify for a deduction under the Internal Revenue Code will be made solely by the Internal Revenue Service with no input from the EEOC.

## EFFECT OF DECREE

35. This Decree will be in effect for five (5) years from the date of its entry.

36. The terms of this Decree apply to all facilities owned and operated by Landmark.

37. The Court will retain jurisdiction over this matter for the duration of this Decree for purposes of compliance and enforcement.

38. If the EEOC determines that Landmark has not complied with the terms of this Decree, the EEOC will provide written notice of the alleged breach to Landmark. For a period of at least seven (7) days after such written notification, the EEOC and Landmark will engage in good-faith efforts to resolve the dispute. If the parties are unable to resolve the dispute, the EEOC may petition the Court to enforce or extend the Decree. Should the Court determine that Landmark has not complied with any term of this Decree, the Court will grant appropriate relief.

39. The terms of this Decree are binding upon Landmark and its successors. Landmark and any successor(s) will provide a copy of this Decree to any organization or person who proposes to acquire or merge with Landmark, or any substantial portion thereof, or any proposed successor, prior to any such acquisition, merger, or succession.

40. This Decree resolves all claims in this lawsuit. By entering this Decree, the parties do not intend to resolve any current or future charges of discrimination other than the charges that created the procedural foundation for this suit.

41. Each party will bear their own costs and fees.

**IT IS SO ORDERED.**

DATE: <u>August 27, 2025</u>

<u>/s/ Beth Phillips</u>
BETH PHILLIPS, CHIEF JUDGE
UNITED STATES DISTRICT COURT

**Exhibit 1**

Aggrieved Applicants to Receive Payment Under Paragraph 8(c):

1. Brittany Ashburn
2. Karisa Falkner
3. Tabitha Moss
4. Derrick Conn

**Exhibit 2**

Aggrieved Applicants to Receive Payment Under Paragraph 8(d):

1. Brittany Davis
2. Marlana Faouri
3. Angela Kraft
4. Nicholas Cobb
5. Jeremy DeShazer
6. Juedon James
7. Zakery Teel
8. Bryan Thomas
9. Jerry Whitney
10. John William Lavery

**Exhibit 3**

# NOTICE

# Federal law prohibits sex discrimination in employment.

# Landmark is committed to hiring job applicants based on merit and will not consider an applicant's sex.

If you believe you or someone else was denied employment opportunities at Landmark because of sex, **REPORT IT** to:

[Name] at [phone, text, email]

OR:

Luke Hertenstein, Trial Attorney
Equal Employment Opportunity Commission
Call 913-359-1812 or Email luke.hertenstein@eeoc.gov

_____  _____
Owner                                                      Owner